IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PAIGE CARTER, Special Administrator of the ESTATE OF KEVEIN C. CARTER, Deceased,<br><br>Plaintiff,<br><br>v.<br><br>SCOTT FRAKES, Former Director of the Nebraska Department of Correctional Services, in his individual capacity; MICHELE WILHELM, Warden of Nebraska State Penitentiary, in her individual capacity; DR. HARBANS DEOL, Former Medical Director for Nebraska Health Services, in his individual capacity; SHELBY BARRAGAN-LOPEZ, in her individual capacity; MICHAEL MCCANN, in his individual capacity; CHARICE TALLEY, in her individual capacity; JEFFERY REED, in his individual capacity; DOUGLAS HEMINGER, in his individual capacity; MATT HECKMAN, in his individual capacity; FRANKLIN HOWARD, in his individual capacity; KIM MCGILL, in her individual capacity; and JOHN/JANE DOES 1-6, all employees of Nebraska State Penitentiary, in their individual capacities,<br><br>Defendants. | Case No: 8:23-cv-485<br><br><br><br><br><br><br><br><br>AMENDED ANSWER TO FIRST AMENDED COMPLAINT |

COME NOW Defendants Kimberly McGill, Michael McCann, Douglas Heminger, Jeffery Reed, Franklin Howard, Matt Heckman and Shelby Barragan-

Lopez (collectively "Defendants"), pursuant to Fed. R. Civ. P. 15(a)(1)(A), for their Amended Answer to the Plaintiff's First Amended Complaint ("FAC") and aver as follows:

1. Admit.
2. Admit.
3. Defendants are without sufficient knowledge to admit or deny this allegation.
4. Admit.
5. Admit.
6. Admit that Defendants Frakes and Wilhelm do make policy for the Nebraska State Penitentiary ("NSP"). Deny that Defendants Frakes or Wilhelm made any decisions in regard to subject matter of the FAC.
7. Admit.
8. Admit.
9. Admit.
10. Admit.
11. Admit.
12. Admit.
13. Admit.
14. Admit.
15. Admit.
16. Defendants are without sufficient knowledge to admit or deny this allegation.
17. Admit.
18. Deny.
19. Admit.

20. Admit.

21. Defendants are without sufficient knowledge to admit or deny this allegation.

22. Admit.

23. Admit.

24. Admit.

25. Admit.

26. Admit.

27. Admit.

28. Deny.

29. Admit.

30. Deny.

31. Deny.

32. Deny.

33. Admit that Angelo Bol was placed on an involuntary medication order. Deny the remainder of this paragraph.

34. Admit.

35. Admit as to the misconduct reports. Deny the remainder of this paragraph.

36. Defendants are without sufficient knowledge to admit or deny this allegation.

37. Deny.

38. Deny.

39. Deny.

40. Deny.

41. Deny.

42. Deny.

43. Deny.

44. Deny.

45. Deny.

46. Deny.

47. Deny.

48. Deny.

49. Deny.

50. Deny.

51. Deny.

52. Deny.

53. Deny.

54. Deny.

55. Deny.

56. Deny.

57. Deny.

58. Deny.

59. Deny.

60. Deny.

61. Deny.

62. Deny.

63. Deny.

64. Deny.

65. Deny.

66. Deny.

67. Defendants are without sufficient knowledge to admit or deny this allegation.

68. Deny.

69. Admit that Bol killed Kevin Carter. The remainder of this paragraph is denied.

70. Deny.

71. Deny.

72. Deny.

73. Deny.

74. Deny.

75. Admit.

76. Admit.

77. Admit.

78. Deny.

79. Deny.

80. No response required.

81. Deny.

82. Deny. Deny subparts a through h.

83. Deny.

84. Deny.

85. Deny.

86. Deny.

87. Deny.

88. Defendants do not request a jury trial.

## AFFIRMATIVE DEFENSES

1. The Complaint fails to state a claim upon which relief can be granted.

2. Defendants are immune from suit under the doctrine of qualified immunity.

3. Plaintiff's claims and lawsuit are barred by the statute of limitations.

4. All conduct attributed to the Defendants, to the extent it occurred, was done in good faith.

5. Plaintiff failed to exhaust administrative remedies prior to filing suit in accordance with applicable state law or regulations.

6. At all relevant times, the Defendants acted in good faith, without malice, and without the requisite state of mind necessary for the Plaintiff to establish liability for the violation of any federal right.

7. The Defendants did not act with deliberate indifference to the Plaintiff's health and safety.

8. The Defendants did not know of and disregard a serious risk of harm to the Plaintiff.

9. The Defendants did not engage in any conduct that caused Plaintiff to suffer a serious medical, dental, or mental health condition or aggravate or worsen an existing serious medical, dental, or mental health condition.

10. The Defendants have not fallen below the applicable standard of care in protecting to the Plaintiff.

11. The Defendants hereby place the Plaintiff on notice that the Defendants will raise the following affirmative defenses, as set forth in Fed. R. Civ. P. 8(c)(1), should subsequent discovery disclose facts that support such defenses, including, but not limited to: assumption of risk, contributory negligence, fraud, illegality, laches, payment, release, res judicata, and waiver.

WHEREFORE, the Defendants pray that the Plaintiff takes nothing by reason of this suit and respectfully request that the Court enter judgment in favor of the Defendant, dismiss the Complaint with prejudice, and grant the Defendant any other and further relief that the Court deems just and proper.

DATED this 4th day of March 2024.

**KIMBERLY McGILL, MICHAEL MCCANN, DOUGLAS HEMINGER, JEFFERY REED, MATT HECKMAN, FRANKLIN HOWARD, SHELBY BARRAGAN-LOPEZ each in his or her individual capacity, Defendants.**

BY:  MICHAEL T. HILGERS, #24483
*Nebraska Attorney General*

BY:  *s/ Joseph Messineo*
Joseph Messineo, #21981
*Assistant Attorney General*

OFFICE OF THE ATTORNEY GENERAL
2115 State Capitol
Lincoln, NE  68509-8920
Tel: (402) 471-1901
joseph.messineo@nebraska.gov

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

    I hereby certify that on March 4, 2024, I electronically filed the foregoing document with the Clerk of the United States District Court for the District of Nebraska, causing notice of such filing to be served upon all parties registered on the CM/ECF system as follows:

Thomas J. Monaghan
Rodney C. Dahlquist, Jr.
Dornan, Troia, Howard, Breitkreutz,
Dahlquist & Klein PC LLO
1403 Farnam Street, Suite 232
Omaha, NE 68102

                                              By:   *s/ Joseph Messineo*
                                                        Joseph Messineo, #21981
                                                        *Assistant Attorney General*