# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PAIGE CARTER, Special Administrator of the ESTATE OF KEVEIN C. CARTER, Deceased,<br><br>   **Plaintiff,**<br><br>v.<br><br>**SCOTT FRAKES**, Former Director of the Nebraska Department of Correctional Services, in his individual capacity;<br>**MICHELE WILHELM**, Warden of Nebraska State Penitentiary, in her individual capacity;<br>**DR. HARBANS DEOL**, Former Medical Director for Nebraska Health Services, in his individual capacity;<br>**SHELBY BARRAGAN-LOPEZ**, in her individual capacity;<br>**MICHAEL MCCANN**, in his individual capacity;<br>**CHARICE TALLEY**, in her individual capacity;<br>**JEFFERY REED**, in his individual capacity;<br>**DOUGLAS HEMINGER**, in his individual capacity;<br>**MATT HECKMAN**, in his individual capacity;<br>**FRANKLIN HOWARD**, in his individual capacity;<br>**KIM MCGILL**, in her individual capacity; and<br>**JOHN/JANE DOES 1-6**, all employees of Nebraska State Penitentiary, in their individual capacities,<br><br>   **Defendants.** | Case No: 8:23-cv-485<br><br><br>**MOTION TO DISMISS** |

COMES NOW, the Defendant, Dr. Harbans Deol, Former Medical Director for Nebraska Health Services, in his individual capacity, pursuant to Fed. R. Civ. P. 12(b)(6), hereby moves for dismissal of the Complaint on the basis that Plaintiff fails to state a claim for which any relief may be granted.

WHEREFORE, Defendant respectfully requests the Court grant the Motion to Dismiss and dismiss Plaintiff's claims with prejudice.

DATED this 4th day of March, 2024.

        **DR. HARBANS DEOL, Former Medical Director for Nebraska Health Services in his individual capacity, Defendant.**

BY:    MICHAEL T. HILGERS, #24483
*Nebraska Attorney General*

BY:    */s/ Joseph Messineo*
Joseph Messineo, #21981
*Assistant Attorney General*
OFFICE OF THE ATTORNEY GENERAL
2115 State Capitol
Lincoln, NE 68509-8920
Tel: (402) 471-1901
joseph.messineo@nebraska.gov

*Attorneys for Defendant.*

## CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2024, I electronically filed the foregoing document with the Clerk of the United States District Court for the District of Nebraska, causing notice of such filing to be served upon all parties registered on the CM/ECF system as follows:

    Thomas J. Monaghan
    Rodney C. Dahlquist, Jr.
    Dornan, Troia, Howard, Breitkreutz,
    Dahlquist & Klein PC LLO
    1403 Farnam Street, Suite 232
    Omaha, NE 68102

By:    *s/ Joseph Messineo*
Joseph Messineo, #21981
*Assistant Attorney General*