# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PAIGE CARTER, Special Administrator of the ESTATE OF KEVEIN C. CARTER, Deceased,<br><br>Plaintiff,<br><br>v.<br><br>SCOTT FRAKES, Former Director of the Nebraska Department of Correctional Services, in his individual capacity;<br>MICHELE WILHELM, Warden of Nebraska State Penitentiary, in her individual capacity;<br>DR. HARBANS DEOL, Former Medical Director for Nebraska Health Services, in his individual capacity;<br>SHELBY BARRAGAN-LOPEZ, in her individual capacity;<br>MICHAEL MCCANN, in his individual capacity;<br>CHARICE TALLEY, in her individual capacity;<br>JEFFERY REED, in his individual capacity;<br>DOUGLAS HEMINGER, in his individual capacity;<br>MATT HECKMAN, in his individual capacity;<br>FRANKLIN HOWARD, in his individual capacity;<br>KIM MCGILL, in her individual capacity;<br>and<br>JOHN/JANE DOES 1-6, all employees of Nebraska State Penitentiary, in their individual capacities,<br><br>Defendants. | Case No: 8:23-cv-485<br><br><br><br>**DEFENDANTS' UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE DEFENDANTS' REPLY BRIEF IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS** |

COME NOW the Defendants Scott Frakes, Michelle Wilhelm and Harbans Deol, by and through the undersigned counsel, and hereby requests that the deadline to file a Reply Brief in response to Defendants' Motion to Dismiss in this matter, currently due on April 8, 2024, be continued for two days until April 10, 2024. In support of said Motion, Defendants state that this short extension is to accommodate Defense Counsel's schedule and Plaintiff's Counsel has agreed to Defendants' request for a two-day extension.

WHEREFORE, the Defendants pray the Court grant an extension of Defendants' deadline to respond to Defendants' Motion to Dismiss for two days, making Defendants' Reply Brief due on April 10, 2024, and for such other and further relief as the Court deems just and equitable.

Dated this 4th day of April 2024.

**MICHELE WILHELM, SCOTT FRAKES, and DR. HARBANS DEOL, each in his or her individual capacity, Defendants.**

BY:     MICHAEL T. HILGERS, #24483
          *Nebraska Attorney General*

BY:     <u>*/s/ Joseph Messineo*</u>
          Joseph Messineo, #21981
          Erik W. Fern, #23733
          *Assistant Attorneys General*

          OFFICE OF THE ATTORNEY GENERAL
          2115 State Capitol
          Lincoln, NE 68509-8920
          Tel: (402) 471-2683
          joe.messineo@nebraska.gov

          *Attorneys for Defendants.*

## CERTIFICATE OF SERVICE

      I hereby certify that on April 4, 2024, I electronically filed the foregoing document with the Clerk of the United States District Court for the District of Nebraska, causing notice of such filing to be served upon all parties registered on the CM/ECF system.

BY: */s/ Joseph Messineo*
       Joseph Messineo