IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PAIGE CARTER, Special Administrator of the Estate of Kevin C. Carter, deceased;<br><br>Plaintiff,<br><br>vs.<br><br>SCOTT FRAKES, Former Director of the Nebraska Department of Correctional Services, in his individual capacity, et al.;<br><br>Defendants. | 8:23CV485<br><br>SCHEDULING ORDER |

IT IS ORDERED:

1) Defendants Scott Frakes, Michele Wilhelm, and Dr. Harbans Deol shall file an answer to Plaintiff's Amended Complaint, Filing No. 19, or before October 10, 2024.

2) The parties shall review the Nebraska magistrate judges' practices posted at the Court's Civil Case Management website page.[1]

3) Counsel for the parties shall confer and, on or before November 7, 2024, they shall jointly file a Rule 26(f) Report, a copy of which can be found at http://www.ned.uscourts.gov/forms.[2] Unless the parties agree otherwise,

---

[1] (https://www.ned.uscourts.gov/attorney/judges-information/civil-case-management).

[2] See https://www.ned.uscourts.gov/forms. The parties are hereby notified or reminded that the Rule 26(f) Report for civil cases pending in the District of Nebraska has been substantially modified, with an effective date of June 11, 2020.

1

        Plaintiff(s) shall prepare the initial draft of the Report and then forward it to Defendant(s) for further additions or revisions.

4) On or before October 31, 2024, a party shall contact the chambers of the undersigned magistrate judge to set a conference call if:

    a. One or more of the parties believes a planning conference is needed to complete the Rule 26(f) Report; or

    b. The parties cannot agree on one or more of the deadlines identified or case progression issues raised in the Rule 26(f) Report; or

    c. The parties are currently and actively pursuing settlement and believe preparing and filing a Rule 26(f) Report may be unnecessary.

4) Mandatory disclosures shall be served by November 7, 2024.

Dated this 27th day of September, 2024.

BY THE COURT:

*s/ Jacqueline M. DeLuca*

United States Magistrate Judge

---

At the civil bar's request, the Court created a Rule 26 Report Calculator for generating proposed dates to complete the Rule 26(f) Report. This online tool was designed to offer insight on how cases are typically progressed in the District of Nebraska. It does not replace the need for counsel to decide what is reasonable and appropriate in a specific case.