IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **PAIGE CARTER, Special Administrator of the ESTATE OF KEVIN C. CARTER, Deceased,**<br><br>Plaintiff,<br><br>v.<br><br>**SCOTT FRAKES, Former Director of the Nebraska Department of Correctional Services, in his individual capacity, et al.,**<br><br>Defendants. | Case No: 8:23-cv-485<br><br><br><br>**MOTION TO WITHDRAW AS COUNSEL OF RECORD** |

COMES NOW, Erik W. Fern, Assistant Attorney General, and hereby informs the Court that counsel of record, Joe Messineo, is no longer with the Nebraska Attorney General's Office. Defendants request that Mr. Messineo be withdrawn as counsel for Defendants. The undersigned will remain as counsel of record for Defendants in the interim until new counsel enters his or her appearance.

DATED this 9th day of October 2024.

|   |   |
|---|---|
|   | **SCOTT FRAKES, MICHELE WILHELM, DR. HARBANS DEOL, KIMBERLY McGILL, MICHAEL MCCANN, DOUGLAS HEMINGER, JEFFERY REED, MATT HECKMAN, FRANKLIN HOWARD, SHELBY BARRAGAN-LOPEZ, and CHARISE TALLEY, each in his or her individual capacity, Defendants.** |
| By: | MICHAEL T. HILGERS, #24483<br>*Nebraska Attorney General* |
| By: | */s/ Erik W. Fern*<br>Erik W. Fern, #23733<br>*Assistant Attorney General* |
|   | OFFICE OF THE ATTORNEY GENERAL<br>2115 State Capitol<br>Lincoln, NE 68509-8920<br>Tel: (402) 471-1830<br>erik.fern@nebraska.gov<br>*Attorney for Defendants.* |

## CERTIFICATE OF SERVICE

I certify that on the 9th day of October 2024, I electronically filed the foregoing document with the Clerk of the United States District Court for the District of Nebraska using the CM/ECF system, causing notice of such filing to be served upon all counsel of record.

|   |   |
|---|---|
| By: | *s/ Erik W. Fern*<br>Erik W. Fern, #23733<br>Assistant Attorney General |