IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PAIGE CARTER, Special Administrator of the ESTATE OF KEVIN C. CARTER, Deceased,<br><br>Plaintiff,<br><br>v.<br><br>SCOTT FRAKES, Former Director of the Nebraska Department of Correctional Services, in his individual capacity, et al.,<br><br>Defendants. | Case No: 8:23-cv-485<br><br><br><br>ENTRY OF APPEARNCE OF COUNSEL |

COMES NOW, Christopher A. Felts, Assistant Attorney General, and hereby enters his appearance as counsel of record for Defendants, Scott Frakes, Michele Wilhelm, Dr. Harbans Deol, Charise Talley, Kimberly McGill, Michael McCann, Douglas Heminger, Jeffery Reed, Matt Heckman, Franklin Howard, Shelby Barragan-Lopez, each in his or her individual capacity.

DATED this 30th day of October 2024.

                                **SCOTT FRAKES, MICHELE WILHELM, DR. HARBANS DEOL, CHARISE TALLEY, KIMBERLY McGILL, MICHAEL MCCANN, DOUGLAS HEMINGER, JEFFERY REED, MATT HECKMAN, FRANKLIN HOWARD, SHELBY BARRAGAN-LOPEZ,** each in his or her individual capacity, Defendants.

                                By:   MICHAEL T. HILGERS, #24483
                                          *Nebraska Attorney General*

By:   *s/ Christopher A. Felts*
Christopher A. Felts, #26784
*Assistant Attorney General*

OFFICE OF THE ATTORNEY GENERAL
2115 State Capitol
Lincoln, Nebraska 68509
Phone: (402) 471-1845
Fax: (402) 471-4725
Christopher.felts@nebraska.gov
*Attorney for Plaintiff.*

## CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2024, I electronically filed the foregoing document with the Clerk of the United States District Court for the District of Nebraska, causing notice of such filing to be served upon all parties registered on the CM/ECF system as follows:

Thomas J. Monaghan
Rodney C. Dahlquist, Jr.
Dornan, Troia, Howard, Breitkreutz,
Dahlquist & Klein PC LLO
1403 Farnam Street, Suite 232
Omaha, NE 68102

By:   *s/ Christopher A. Felts*
Christopher A. Felts, #26784
*Assistant Attorney General*