IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PAIGE CARTER, Special Administrator of the ESTATE OF KEVIN C. CARTER, Deceased, | ) ) ) ) | Case No. 8:23-cv-485 |
| Plaintiff, | ) ) | |
| vs. | ) ) | **STIPULATED MOTION FOR PROTECTIVE ORDERS** |
| SCOTT FRAKES, Former Director of the Nebraska Department of Correctional Services, in his individual capacity, et al., | ) ) ) ) | |
| Defendants. | ) ) | |

The Plaintiff, Paige Carter, Special Administrator of the Estate of Kevin C. Carter, moves the Court to enter the Stipulated Protective Order attached hereto in accordance with NECivR 7.2. The protective order authorizes and specifies conditions for the disclosure and use of confidential documents and information in the discovery process. The protective order is justified by Fed. R. Civ. P. 26(c) and relevant confidentiality provisions of federal and state law. The protective order is necessary in order for the parties to obtain and disclose essential discovery. The Defendants Scott Frakes, Michele Wilhelm, Dr. Harbans Deol, Shelby Barragan-Lopez, Michael McCann, Charice Talley, Jeffery Reed, Douglas Heminger, Matt Heckman, Franklin Howard, and Kim McGill, through their counsel, do not object to the entry of the Stipulated Protective Order.

Dated November 7, 2024

                                               PAIGE CARTER, Special Administrator of the
                                               ESTATE OF KEVIN C. CARTER, Deceased, Plaintiff,

*s/ Thomas J. Monaghan*
Thomas J. Monaghan, #12874
Rodney C. Dahlquist, Jr., #23912
DORNAN, TROIA, HOWARD, BREITKREUTZ,
DAHLQUIST & KLEIN PC LLO
1403 Farnam Street, Suite 232
Omaha, NE 68102
402-884-7044
402-884-7045 fax
tom@dltlawyers.com
rodney@dltlawyers.com
Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

On November 7, 2024, I electronically filed the foregoing document with the Clerk of the District Court using the CM/ECF system which sent notification of such filing to the following:

Christopher A. Felts and Katharine Greenwopd, Attorney for Defendants

and I hereby certify that I have electronically served (via email) the document to the following non-CM/ECF participants:

None.

*s/ Thomas J. Monaghan*