IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PAIGE CARTER, Special Administrator of the ESTATE OF KEVIN C. CARTER, Deceased,<br><br>    Plaintiff,<br><br>vs.<br><br>SCOTT FRAKES, et al.,<br><br>    Defendants. | Case No. 8:23-cv-485<br><br>**JOINT STIPULATION FOR DISMISSAL** |

    In order to avoid the uncertainties of litigation, and with no admission of wrongdoing or liability, the Plaintiff, Paige Carter, Special Administrator of the Estate of Kevin C. Carter, Deceased ("Plaintiff"), and Defendants, Scott Frakes, Michele Wilhelm, Dr. Harbans Deol, Shelby Barragan-Lopez, Michael McCann, Charice Talley, Jeffery Reed, Douglas Heminger, Matt Heckman, Franklin Howard, and Kim McGill, in their individual capacities ("Defendants"), have resolved and settled all claims and potential claims arising out of the dispute or disputes which gave rise to the above-captioned lawsuit. For that reason, the Parties, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), jointly stipulate that the Plaintiff's operative Complaint and all claims for relief stated therein against the Defendants be dismissed with prejudice, complete record waived, each party to pay its own attorney fees, and costs taxes to the parties incurring the same.

    Accordingly, the parties jointly stipulate that this action be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

    Dated this 10th day of June, 2025.

                By:   *s/ Rodney C. Dahlquist, Jr.*
                         Thomas J. Monaghan, #12874
                         Rodney C. Dahlquist, Jr., #23912
                         Dornan, Howard, Breitkreutz,
                         Dahlquist & Klein PC LLO
                         1403 Farnam Street, Suite 232
                         Omaha, Nebraska 68102
                         (402) 884-7044 (phone)
                         (402) 884-7045 (fax)
                         Attorneys for Plaintiff

        *s/ Katharine L. Gatewood*
        Katharine L. Gatewood, #25238
        Christopher A. Felts, #26784
        Assistant Attorney General
        Office of the Attorney General
        2115 State Capitol
        Lincoln, Nebraska 68509-8920
        Telephone: (402) 471-3833
        Kate.gatewood@nebraska.gov
        Christopher.felts@nebraska.gov
        Attorneys for Defendants

## CERTIFICATE OF SERVICE

      I hereby certify that on June 10, 2025, I have electronically filed the foregoing document with the Clerk of the District Court using the CM/ECF system which sent notification of such filing to the parties of record.

        *s/ Rodney C. Dahlquist, Jr.*
        Rodney C. Dahlquist, Jr., #23912
        Attorney for Plaintiff