IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PAIGE CARTER, Special Administrator of the Estate of Kevin C. Carter, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>SCOTT FRAKES, Former Director of the Nebraska Department of Correctional Services, in his individual capacity, et al.,<br><br>Defendants. | 8:23-CV-485<br><br>JUDGMENT |

On the parties' joint stipulation for dismissal (filing 81), this case is dismissed with prejudice, parties to bear their own costs and attorney's fees.

Dated this 10th day of June, 2025.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
Senior United States District Judge